NATHAN GREENBAUM, Appellant, v. ELI GROSS et al., Respondents.— Action to recover a payment made on account of purchase of a store. Order denying motion of plaintiff to dismiss a counterclaim for damages as in excess of liquidated damages provided in a contract of the parties, insofar as appealed from, affirmed, with $10 costs and disbursements. Determination of the question as to whether or not the allegation in respect of damages is limited by the contract provisions relating to liquidated damages must await the trial. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

In the Matter of ALBERT A. COYLE, Appellant, against HORACE M. GRAY et al., Constituting the Municipal Civil Service Commission of the City of Yonkers, Respondents, and PETER DINOTE, Intervener, Respondent.— In a proceeding upon a petition for an order annulling the denial by the municipal civil service commission of the city of Yonkers of appellant's claim to disabled veteran's preference on a certain eligible list for the position of assistant chief, bureau of fire, department of public safety, city of Yonkers, and directing the granting of such preference, order denying appellant's application unanimously affirmed, without costs. The certificate of the Veterans' Administration upon which appellant's claim was based did not entitle him to the preference. (1) In self-contradiction of the certification of " present existence of a service-connected disability," it certified " Ascertainable Residuals not found." (2) To accredit a certification which is based solely upon an examination which took place more than twenty-four years prior to its issuance would be an absurdity in this instance. (3) The certificate did not state the disability to have been incurred in time of war. (N. Y. Const., art. V, § 6; Civil Service Law, § 21, subd. 2, par. [b].) Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.

In the Matter of the Accounting of MONTGOMERY COUNTY TRUST COMPANY OF AMSTERDAM, as Administrator C. T. A. of MARY CURRY, Deceased. GEORGE W. CORNELL, as Ancillary Executor of JOHN CURRY, Deceased, et al., Appellants; MONTGOMERY COUNTY TRUST COMPANY OF AMSTERDAM, as Administrator C. T. A. of MARY CURRY, Deceased, and as Executor of MARGARET POWERS, Deceased, et al., Respondents.— Appeals by George W. Cornell, as ancillary executor of the estate of John Curry, and by Ellen Waters, from an order of the Surrogate's Court, Kings County, construing the will of Mary Curry, deceased, and from so much of another order of said court as determines the rights and interests of Ellen Waters and Margaret Powers in the residuary estate of said decedent. Orders, insofar as appealed from, unanimously affirmed, with one bill of costs to all parties filing separate briefs, payable out of the estate. No opinion. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [191 Misc. 370.]